| | |
|---|---|
| NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION |
| WILSON COUNTY | FILE NO.: 10cvs1738 |

| | |
|---|---|
| LEE and wife ADALAIDA RUMLEY )<br>          Plaintiffs, )<br>)<br>)<br>vs. )<br>)<br>)<br>TRAVIS CONSTRUCTION, INC., and )<br>NATIONWIDE INSURANCE COMPANY )<br>          Defendants. ) | COMPLAINT<br>(Jury Trial Demanded) |

NOW COME Plaintiffs, complaining of Defendants, and alleges and says:

**General Allegations**

I.

This is an action for breach implied warranty of workmanlike construction and breach of contract; and that

II.

Plaintiffs, Lee and Adalaida Rumley (hereafter "the Rumleys"), were formerly citizens and residents of the City of Wilson in Wilson County, North Carolina; and that

III.

Defendant, Travis Construction, Inc. (hereafter "Travis Construction"), is a Corporation with its principal office in the City of Wilson in Wilson County, North Carolina; and that

IV.

Defendant, Nationwide Insurance Company (hereafter "Nationwide"), is a Corporation licensed to do business in the state of North Carolina; and that

V.

Nationwide is the insurance provider of Travis Construction; and that

## Breach of Implied Warranty of Workmanlike Construction

### VI.

Travis Construction did in fact build a home located at 2710 Winding Ridge Road located in the City of Wilson, in Wilson County, North Carolina; and that

### VII.

Travis Construction did in fact sell the home located at 2710 Winding Ridge Road located in the City of Wilson, in Wilson County, North Carolina on August 7th, 2006 to the Rumleys for valuable consideration in the amount of $176,000.00; and that

### VIII.

The Rumleys were the initial purchasers and sole inhabitants of the home; and that

### IX.

Damage to the interior of the home includes, but is not limited to: the doors are not square in their frames and are binding, there exist diagonal cracks occurring at the corners of the door frames, there are visible cracks in some of the flooring; and that

### X.

In the crawl space underneath the home, there exist a number of locations where the girders are not bearing on the isolated interior piers, such that gaps of up to two inches exist between the girders and the isolated piers; and that

### XI.

The cause of the damage to the interior of the home and the gaps between the girders and the isolated piers is that the foundation of the home was built on expansive soils; and that

### XII.

As the moisture content of the soils increase and decrease, the soil upon which the foundation was laid swell and contract; and that

### XIII.

The damage to the home would have been prevented or at least mitigated with the installation of a vapor barrier, and deeper and stronger foundation piers; and that

### XIV.

Travis Construction knew or should have known, of the condition of the soil; and that

### XV.

Travis Construction failed to install said vapor barrier and the proper foundation; and that

### XVI.

Failure to install said vapor barrier and the proper foundation which caused the subsequent damage to the home and the gaps between the girders and the isolated piers constitutes a breach of implied warranty of workmanlike construction; and that

### XVII.

As a result of the damage to the interior of the home and the gaps between the girders and the isolated interior piers, the home is now unsafe, uninhabitable, and unsalable.

**Breach of Contract**

### XVIII.

Travis Construction is insured by Nationwide; and that

### IXX.

Said insurance coverage by Nationwide covers negligent acts and omissions of Travis Construction, Inc.; and that

### XX.

The omission of a vapor barrier by Travis Construction, Inc. leading to the breach of the implied warranty of workmanlike construction is covered under the insurance policy provided by Nationwide; and that

### XIX.

As purchaser of a home constructed by Travis Construction, Inc., the Rumleys are third-party beneficiaries to the insurance contract between Travis Construction, Inc. and Nationwide; and that

XXII.

Nationwide has investigated the allegations contained in paragraphs VI through XVII; and that

XXIII.

Nationwide has determined that there is in fact a defect in the foundation of the home located at 2710 Winding Ridge Road, located in the City of Wilson, in Wilson County, North Carolina caused by Travis Construction; and that

XXIV.

Nationwide attempted to remedy the defect in the foundation in December of 2008 without success; and that

XXV.

Nationwide, by and through both the Rumleys and their own independent investigation have been notified that there exists a viable solution to correct the defect in the foundation, that is to replace the existing block piers with helical piers; and that

XXVI.

The cost of implementing this corrective action is approximately $24,000 and would carry a warranty for the life of structure; and that

XXVII.

Nationwide has neither implemented this corrective action, disbursed any other funds, nor has Nationwide made any other payment to the Rumleys, or to otherwise remedy the defect of the home; and that

XXVIII.

Failure to disburse funds or take any other action to remedy the defect of the home in a timely manner constitutes a breach of contract with Travis Construction; and that

XXIX.

The rights of the Rumleys as third party beneficiaries have vested; and that

## XXX.

The Rumleys have standing to enforce the contract between Travis Construction and Nationwide; and that

## XXXI

As a result of the actions of the Defendants, the Rumleys incurred damage in a sum of excess of $10,000.00 for the loss of their property, use of said property, and breach of their agreements.

**WHEREFORE**, Plaintiffs pray that they have in recovery against Defendants:

a) Judgment in a sum in excess of $10,000.00 for compensatory damages;
b) The cost of this action, interest and reasonable attorney's fees as allowed by law;
c) Such other and further relief as to the court seems proper and just.

### Jury Demand

Plaintiffs hereby demand a trial by jury on all counts.

This ____ day of ____September____, 2010.

FARRIS & FARRIS, P.A.

_____
ROBERT A. FARRIS, JR
Attorney for Plaintiffs
P.O. Box 2727
Wilson, NC 27894
Telephone: (252) 291-1000